**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TONY QUINTON NEWMY, SR.                                          PLAINTIFF
ADC #124420

v.                             NO. 3:13CV00131 JLH/HDY

DIANE WYLES *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against defendant Katherine Dean are dismissed without prejudice, and Dean's name is removed as a party defendant.

DATED this 11th day of July, 2013.

                                                     _/s/ J. Leon Holmes_
                                                     UNITED STATES DISTRICT JUDGE